**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-6277**

───────────────

WILLIE JAMES,

                      Petitioner - Appellant,

     versus

UNITED STATES OF AMERICA; WARDEN, FEDERAL COR-
RECTIONAL INSTITUTION EDGEFIELD,

                      Respondents - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Dennis W. Shedd, District Judge.
(CA-99-3925-0-19BD)

───────────────

Submitted:  August 30, 2000     Decided:  September 6, 2000

───────────────

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Willie James, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie James appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See James v. United States, No. CA-99-3925-0-19BD (D.S.C. Feb. 14, 2000).[*] James's motions to amend his petition are denied. Similarly, James's motion for judgment, motion to dismiss the criminal action against him, and motion for a writ of mandamus are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on February 10, 2000, the district court's records show that it was entered on the docket sheet on February 14, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).